

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable G. Earl Hutchings
County Auditor
Young County
Graham, Texas

Dear Sir:

Opinion No. O-6694
Re: Meaning of the phrase
"except all county brands",
appearing in Sec. 1, of
H. B. No. 170, Acts of the
48th Legislature.

This will acknowledge receipt of your letter of recent date requesting the opinion of this department as to the meaning of the phrase, "except all county brands", appearing in Section 1 of House Bill No. 170, Acts of the 48th Legislature; said section reading, in part, as follows:

"Sec. 1. All records of marks and brands heretofore made as provided in this Chapter, except all county brands, shall become void and of no force and effect on the 1st day of October, 1943, * * ** (Emphasis added)"

It is our opinion that the Legislature in excepting "county brands" from the effect of the above quoted section had reference to Article 6891, V. A. C. S. Said Article states that each county shall have a brand for horses and cattle to be known as the "county brand", which must appear in each county as designated in the statute.

For additional information on this subject, we are enclosing herewith Opinions Nos. O-5578 and C-5684, as requested.

Honorable G. Earl Hutchings - page 2

We trust the foregoing answers your inquiry.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Benjamin Woodall*

Benjamin Woodall
Assistant

By *Bob D. Maddox*

Bob D. Maddox

BDM:zd
Encl.

APPROVED JUL 25, 1945

FIRST ASSISTANT
ATTORNEY GENERAL